No. 29. DANIEL SULLIVAN, PLAINTIFF IN ERROR, *v.* ST. LOUIS, BROWNSVILLE AND MEXICO RAILWAY COMPANY. In error to the Circuit Court of the United States for the Southern District of Texas. Argued October 16, 1906. Decided October 22, 1906. *Per Curiam.* Judgment affirmed with costs. *Rosenbaum* v. *Bauer,* 120 U. S. 450; *Knapp* v. *Lake Shore and Michigan Southern Railway Company,* 197 U. S. 541. *Mr. Floyd McGown* and *Mr. L. G. Denman* for plaintiff in error.

*Mr. Reagan Houston* and *Mr. A. W. Houston* for defendant in error.